UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER STEVEN SHELLENBERGER,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:19-cr-00196

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on December 6, 2019, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Tyler Steven Shellenberger entered a plea of guilty to Counts 1 and 3 of the Superseding Indictment in exchange for the undertakings made by the government in the written plea agreement.  In Count 1 of the Superseding Indictment, defendant is charged with conspiracy to distribute and possess with intent to distribute methamphetamine and hydrocodone  in violation of 21 U.S.C. §§ 846, 841(a)(1); count 3 of the superseding Indictment charges defendant with  possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made

voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1 and 3 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: December 6, 2019            /s/ Phillip J. Green            
                                  PHILLIP J. GREEN
                                  United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing.  See W.D. MICH. L.CR.R. 11.1(d).